IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHOENIX PAYMENT SYSTEMS, INC. d/b/a ELECTRONIC PAYMENT EXCHANGE, <br><br> Plaintiff, <br><br> v. <br><br> LEXCEL, INC. and LEXCEL SOLUTIONS, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) |

### RULE 7.1 DISCLOSURE STATEMENT
### OF PLAINTIFF PHOENIX PAYMENT SYSTEMS, INC.
### d/b/a ELECTRONIC PAYMENT EXCHANGE

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Phoenix Payment Systems, Inc., d/b/a Electronic Payment Exchange, through its counsel, declares as follows:

1. Phoenix Payment Systems, Inc., d/b/a Electronic Payment Exchange, states that it has no parent company and that no publicly held corporation owns more that 10% of the stock of either entity.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Juli Heaney*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Plaintiff Phoenix Payment Systems,*
  *Inc. d/b/a Electronic Payment Exchange*

OF COUNSEL:

David J. Wolfsohn
Steven B. Samuels
Jordan L. Jonas
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

September 7, 2007