IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHOENIX PAYMENT SYSTEMS, INC. d/b/a ELECTRONIC PAYMENT EXCHANGE,<br><br>     Plaintiff,<br><br>     v.<br><br>LEXCEL, INC. and LEXCEL SOLUTIONS, INC.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-537 (***)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF MAILING AND OF SERVICE PURSUANT TO D. DEL. L.R. 4.1(b)**

I, Julia Heaney, declare as follows:

1.   I am a partner in the law firm of Morris, Nichols, Arsht & Tunnell LLP, Delaware counsel for plaintiff in this action.

2.   Copies of the summons and complaint in this action were served on September 10, 2007 on Lexcel, Inc. and Lexcel Solutions, Inc. pursuant to 10 Del. C. § 3104, by hand delivery to the Delaware Secretary of State with the statutory fee of $2.00 per defendant.

3.   A copy of the summons showing service on the Secretary of State was filed on September 10, 2007.

4.   On September 10, 2007, copies of the summons, complaint, and Notice of Availability of a United States Magistrate Judge were sent by Registered Mail, Return Receipt Requested, to:

   Lexcel, Inc.
   Lexcel Solutions, Inc.
   4110 N. Scottsdale Road
   Suite 360
   Scottsdale, AZ 85251

2

5. I attach the registered mail receipt showing that the summons and complaint were delivered to Lexcel, Inc. and Lexcel Solutions, Inc. as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2007

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)

1242449

# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Angelia Siverston<br>C. Date of Delivery: 9/20/07 |
| 1. Article Addressed to:<br>Lexcel, Inc.<br>Lexcel Solutions, Inc.<br>4110 N. Scottsdale Road<br>Suite 360<br>Scottsdale, AZ  85251 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  RA 016 099 144 US | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Julia Heaney (60486)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19801-1347