IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHOENIX PAYMENT SYSTEMS, INC. d/b/a ELECTRONIC PAYMENT EXCHANGE,<br><br>           Plaintiff,<br><br>v.<br><br>LEXCEL, INC. and LEXCEL SOLUTIONS, INC.,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-537-***<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND PROPOSED ORDER**

Plaintiff Phoenix Payment Systems, Inc. d/b/a Electronic Payment Exchange and Defendants Lexcel, Inc. and Lexcel Solutions, Inc. hereby stipulate and agree, subject to the approval of the Court, that the time for Defendants to move, answer, counterclaim or otherwise respond to the Complaint of Phoenix Payment Systems, Inc. is extended up to and including October 24, 2007. Defendants further stipulate that they received a copy of the complaint in this matter by registered mail on September 20, 2007, and that the Declaration of Mailing filed by Plaintiff indicates that the package was sent on September 10, 2007. Defendants reserve all rights and defenses, including, but not limited to, defenses and objections as to venue, personal jurisdiction, and service of process. Nothing herein shall be construed as a waiver of any such defenses and objections or as a consent to jurisdiction.

Respectfully submitted,

Dated: September 26, 2007

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Julia Heaney | [signature] |
| Jack B. Blumenfeld (No. 1014) | C. Barr Flinn (No. 4092) |
| Julia Heaney (No. 3052) | Chad S.C. Stover (No. 4919) |
| 1201 North Market Street | The Brandywine Building |
| P.O. Box 1347 | 1000 West Street, 17th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 571-6600 |
| jheaney@mnat.com | cstover@ycst.com |
| *Attorneys for Plaintiff Phoenix Payment Systems, Inc. d/b/a Electronic Payment Exchange* | *Attorneys for Defendants Lexcel, Inc. and Lexcel Solutions, Inc.* |

SO ORDERED this _____ day of _____, 2007,

_____
United States District Judge