IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHOENIX PAYMENT SYSTEMS, INC. d/b/a ELECTRONIC PAYMENT EXCHANGE,<br><br>Plaintiff,<br><br>v.<br><br>LEXCEL, INC. and LEXCEL SOLUTIONS, INC.,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-537-***<br>)<br>)<br>)<br>)<br>) |

## RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), counsel hereby certifies that neither defendant Lexcel, Inc. nor Lexcel Solutions, Inc has a parent corporation and that no publicly-held corporation owns 10% or more of either defendant's stock.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/
C. Barr Flinn (No. 4092)
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6600
cstover@ycst.com

*Attorneys for Defendants*
*Lexcel, Inc. and Lexcel Solutions, Inc.*

OF COUNSEL:

Lawrence G. Scarborough
George C. Chen
Jason K. Reed
Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-7367


Dated: October 24, 2007

## CERTIFICATE OF SERVICE

I, Chad S.C. Stover, Esquire, hereby certify that on October 24, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Julia Heaney
> Morris, Nichols, Arsht & Tunnell
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
> jhefiling@mnat.com

I further certify that on October 24, 2007, I caused a copy of the foregoing document to be served on the following counsel in the manner indicated below:

**BY E-MAIL & HAND DELIVERY**

Julia Heaney
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jhefiling@mnat.com

                                      YOUNG CONAWAY STARGATT &
                                      TAYLOR, LLP

                                      C. Barr Flinn (No. 4092)
                                      Chad S.C. Stover (No. 4919)
                                      The Brandywine Building
                                      1000 West Street, 17th Floor
                                      Wilmington, DE  19801
                                      (302) 571-6600
                                      cstover@ycst.com

                                      *Attorneys for Defendants*
                                      *Lexcel, Inc. and Lexcel Solutions, Inc.*

Dated: October 24, 2007