IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHOENIX PAYMENT SYSTEMS, INC. d/b/a ELECTRONIC PAYMENT EXCHANGE, <br><br> Plaintiff, <br><br> v. <br><br> LEXCEL, INC. and LEXCEL SOLUTIONS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 07-537 (***) ) ) ) ) ) ) |

**PLAINTIFF PHOENIX PAYMENT SYSTEMS'
<u>MOTION TO DISMISS DEFENDANT LEXCEL'S COUNTERCLAIM</u>**

Plaintiff, Phoenix Payment Systems, Inc. d/b/a Electronic Payment Exchange ("EPX"), hereby moves the Court to dismiss Counts I, II and III of defendant Lexcel, Inc.'s ("Lexcel") Counterclaim. Grounds in support of the Motion are set forth in plaintiff's Opening Brief filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*
_____
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Plaintiff Phoenix Payment
  Systems, Inc. d/b/a Electronic Payment
  Exchange*

OF COUNSEL:

David J. Wolfsohn
Steven B. Samuels
Jordan L. Jonas
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

November 16, 2007
1317402.2

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>C. Barr Flinn
>Chad S.C. Stover
>YOUNG CONAWAY STARGATT & TAYLOR, LLP

I further certify that I caused to be served copies of the foregoing document on November 16, 2007 upon the following in the manner indicated:

### BY ELECTRONIC MAIL

>C. Barr Flinn
>Chad S.C. Stover
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHOENIX PAYMENT SYSTEMS, INC. d/b/a ELECTRONIC PAYMENT EXCHANGE, <br><br> Plaintiff, <br><br> v. <br><br> LEXCEL, INC. and LEXCEL SOLUTIONS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 07-537 (***) ) ) ) ) ) ) |

### ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiff-Counterdefendant Phoenix Payment Systems, Inc. d/b/a Electronic Payment Exchange's Motion to Dismiss, filed November 16, 2007, and Defendant-Counterclaimant Lexcel, Inc.'s response thereto, IT IS HEREBY ORDERED that the motion is granted. Counts I, II, and III of Defendant-Counterclaimant's Counterclaim are dismissed in their entirety.

 

_____
United States District Court Judge

1317405