IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHOENIX PAYMENT SYSTEMS, INC. d/b/a ELECTRONIC PAYMENT EXCHANGE,<br><br>            Plaintiff,<br><br>    v.<br><br>LEXCEL, INC. and LEXCEL SOLUTIONS, INC.,<br><br>            Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-537-***<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION AND [PROPOSED] ORDER**

WHEREAS, plaintiff filed a motion to dismiss defendant Lexcel's counterclaim and an opening brief in support of that motion on November 16, 2007;

WHEREAS, defendants' answering brief in opposition to this motion to dismiss is due on December 7, 2007 under the Local Rules; and

WHEREAS, the parties have agreed to an extension of the briefing schedule provided under the Local Rules to accommodate defense counsel's schedule.

Counsel for the parties hereby stipulate and agree, subject to Court approval, that defendants' answering brief in opposition to Plaintiff's Motion to Dismiss Defendant Lexcel's Counterclaim shall be filed on or before December 17, 2007.

| MORRIS, NICHOLS, ARSHT & TUNNELL, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Julia Heaney<br>Jack B. Blumenfeld (No. 1014)<br>Julia Heaney (No. 3052)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jheaney@mnat.com | *[signature]*<br>C. Barr Flinn (No. 4092)<br>Chad S.C. Stover  (No. 4919)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801<br>(302) 571-6600<br>cstover@ycst.com |
| OF COUNSEL:<br><br>David J. Wolfsohn<br>Steven B. Samuels<br>Jordan L. Jonas<br>Woodcock Washburn LLP<br>Cira Centre, 12th Floor<br>2929 Arch Street<br>Philadelphia, PA  19104<br>(215) 568-3100 | OF COUNSEL:<br><br>Lawrence G. Scarborough<br>George C. Chen<br>Jason K. Reed<br>Bryan Cave LLP<br>Two North Central Avenue, Suite 2200<br>Phoenix, Arizona 85004-7367<br>(602) 364-7000 |
| *Attorneys for Plaintiff Phoenix Payment Systems, Inc. d/b/a Electronic Payment Exchange* | *Attorneys for Defendants Lexcel, Inc. and Lexcel Solutions, Inc.* |

Dated: December 6, 2007

SO ORDERED this ____ day of _____, 2007.

_____
United States District Judge