IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHOENIX PAYMENT SYSTEMS, INC. d/b/a ELECTRONIC PAYMENT EXCHANGE, <br><br> Plaintiff, <br><br> v. <br><br> LEXCEL, INC. and LEXCEL SOLUTIONS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 07-537 (***) ) ) ) ) ) ) |

**STIPULATION AND PROPOSED ORDER**

Pursuant to 28 U.S.C. §636(c), Federal Rule of Civil Procedure 73, and Local 73.1, plaintiff Phoenix Payment Systems, Inc. and defendants Lexcel, Inc. and Lexcel Solutions, Inc. hereby stipulate, subject to the approval of the Court, to have the Honorable Magistrate Judge Stark decide plaintiff's pending Motion to Dismiss Lexcel's Counterclaim (D.I. 12).

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Julia Heaney (#3052)* | */s/ Chad S.C. Stover (#4919)* |
| Jack B. Blumenfeld (#1014) <br> Julia Heaney (#3052) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> jheaney@mnat.com | Comrie Barr Flinn (#4092) <br> Chad S.C. Stover (#4919) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> cstover@ycst.com |
| *Attorneys for Plaintiff Phoenix Payment Systems, Inc. d/b/a Electronic Payment* | *Attorneys for Defendants Lexcel, Inc. and Lexcel Solutions, Inc.* |

December 11, 2007

So Ordered this ___ day of December, 2007.

_____
United States District Judge

1331737