IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHOENIX PAYMENT SYSTEMS, INC. d/b/a ELECTRONIC PAYMENT EXCHANGE, <br><br> Plaintiff, <br><br> v. <br><br> LEXCEL, INC. and LEXCEL SOLUTIONS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 07-537-*** ) ) ) ) ) ) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the Scheduling Order currently provides for initial disclosures to be made by January 4, 2008 (D.I. 20); and

WHEREAS, the parties are exploring settlement possibilities.

Counsel for the parties hereby stipulate and agree, subject to Court approval, to extend the deadline for initial disclosures through and including January 18, 2008.

| MORRIS, NICHOLS, ARSHT & TUNNELL, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| _/s/ Julia Heaney_ <br> Jack B. Blumenfeld (No. 1014) <br> Julia Heaney (No. 3052) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jheaney@mnat.com | C. Barr Flinn (No. 4092) <br> Chad S.C. Stover (No. 4919) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> cstover@ycst.com |

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| David J. Wolfsohn<br>Steven B. Samuels<br>Jordan L. Jonas<br>Woodcock Washburn LLP<br>Cira Centre, 12th Floor<br>2929 Arch Street<br>Philadelphia, PA  19104<br>(215) 568-3100 | Lawrence G. Scarborough<br>George C. Chen<br>Jason K. Reed<br>Bryan Cave LLP<br>Two North Central Avenue, Suite 2200<br>Phoenix, Arizona 85004-7367<br>(602) 364-7000 |
| *Attorneys for Plaintiff Phoenix Payment Systems, Inc. d/b/a Electronic Payment Exchange* | *Attorneys for Defendants Lexcel, Inc. and Lexcel Solutions, Inc.* |

Dated: January 3, 2008

SO ORDERED this ____ day of _____, 2008.

_____
United States District Judge