✎AO 85A  (Rev. 8/98) Consent to Exercise of Jurisdiction by a United States Judge Over Specific Motion(s)

# UNITED STATES DISTRICT COURT

DISTRICT OF  Delaware

Phoenix Payment Systems, Inc. d/b/a
Electronic Payment Exchange,

        Plaintiff

        V.

Lexcel, Inc. and Lexcel Solutions,Inc.,
        Defendant

**CONSENT TO EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE
OVER DISPOSITIVE MOTIONS DESCRIBED
UNDER 28 U.S.C.§636(b)(1)(B)**

CASE NUMBER:   07-537 (***)

## CONSENT TO EXERCISE OF JURISDICTION

    In accordance with the provisions of 28 U.S.C.§636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below.

    **MOTION(S):**  Plaintiff Phoenix Payment Systems'
Motion to Dismiss Lexcel's Counterclaim (D.I. 12)

| Party Represented | Signatures | Date |
|---|---|---|
| Phoenix Payment Systems, Inc. | /s/ Julia Heaney (#3052) | 1/8/08 |
| Lexcel, Inc. and Lexcel Solutions, Inc. | /s/ Chad S.C. Stover (#4919) | 1/8/08 |

## ORDER OF REFERENCE

    IT IS ORDERED that the above motion(s) be referred to  Leonard P. Stark                    ,
United States Magistrate Judge, to conduct all proceedings and enter a final order on such motion(s) in accordance with 28 U.S.C.§636(c) and Fed.R.Civ.P.73.

| Date | United States District Judge |
|---|---|

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.