✎AO 85A  (Rev. 8/98) Consent to Exercise of Jurisdiction by a United States Judge Over Specific Motion(s)

# UNITED STATES DISTRICT COURT

DISTRICT OF Delaware

| | |
|---|---|
| Phoenix Payment Systems, Inc. d/b/a Electronic Payment Exchange, <br> Plaintiff <br> V. <br> Lexcel, Inc. and Lexcel Solutions, Inc., <br> Defendant | **CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE OVER DISPOSITIVE MOTIONS DESCRIBED UNDER 28 U.S.C.§636(b)(1)(B)** <br><br> CASE NUMBER: 07-537 (***) |

## CONSENT TO EXERCISE OF JURISDICTION

In accordance with the provisions of 28 U.S.C.§636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below.

MOTION(S): Plaintiff Phoenix Payment Systems' Motion to Dismiss Lexcel's Counterclaim (D.I. 12)

| Party Represented | Signatures | Date |
|---|---|---|
| Phoenix Payment Systems, Inc. | /s/ Julia Heaney (#3052) | 1/8/08 |
| Lexcel, Inc. and Lexcel Solutions, Inc. | /s/ Chad S.C. Stover (#4919) | 1/8/08 |

## ORDER OF REFERENCE

IT IS ORDERED that the above motion(s) be referred to Leonard P. Stark, United States Magistrate Judge, to conduct all proceedings and enter a final order on such motion(s) in accordance with 28 U.S.C.§636(c) and Fed.R.Civ.P.73.

1/10/08
Date

United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.