IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHOENIX PAYMENT SYSTEMS, INC. d/b/a ELECTRONIC PAYMENT EXCHANGE, <br><br>     Plaintiff, <br><br> v. <br><br>LEXCEL, INC. and LEXCEL SOLUTIONS, INC., <br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-537-***<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the Scheduling Order (D.I. 20) originally provided for initial disclosures to be made by January 4, 2008;

WHEREAS, the Court Ordered the extension of the initial disclosures deadline to and including January 18, 2008, at the parties' request;

WHEREAS, the parties continue to explore settlement possibilities.

Counsel for the parties hereby stipulate and agree, subject to Court approval, to extend the deadline for initial disclosures to and including February 1, 2008.

| MORRIS, NICHOLS, ARSHT & TUNNELL, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Julia Heaney | _____ |
| Jack B. Blumenfeld (No. 1014) | C. Barr Flinn (No. 4092) |
| Julia Heaney (No. 3052) | Chad S.C. Stover (No. 4919) |
| 1201 North Market Street | The Brandywine Building |
| P.O. Box 1347 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 571-6600 |
| jheaney@mnat.com | cstover@ycst.com |

OF COUNSEL:

David J. Wolfsohn
Steven B. Samuels
Jordan L. Jonas
Woodcock Washburn LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

*Attorneys for Plaintiff Phoenix Payment Systems, Inc. d/b/a Electronic Payment Exchange*

OF COUNSEL:

Lawrence G. Scarborough
George C. Chen
Jason K. Reed
Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-7367
(602) 364-7000

*Attorneys for Defendants Lexcel, Inc. and Lexcel Solutions, Inc.*

Dated: January 17, 2008

SO ORDERED this ____ day of _____, 2008.

_____
United States District Judge