IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHOENIX PAYMENT SYSTEMS, INC. d/b/a ELECTRONIC PAYMENT EXCHANGE<br><br>Plaintiff,<br><br>v.<br><br>LEXCEL, INC. and LEXCEL SOLUTIONS, INC.<br><br>Defendants. | Civil Action No. 1:07-cv-00537-LPS<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter the appearance of the undersigned on behalf of Phoenix Payment Systems, Inc., as counter-claim defendant.

By:  /s/ Timothy A. Dillon
Timothy A. Dillon, Esquire
Attorneys for Counter-Claim Defendant,
Phoenix Payment Systems, Inc.
d/b/a Electronic Payment Exchange

SALMON RICCHEZZA SINGER & TURCHI, LLP
222 Delaware Avenue
11th Floor
Wilmington, DE 19801
(302) 655-4290
e-mail: tdillon@srstlaw.com

Dated: January 18, 2008

{00114603.DOC}

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Counter-Claim Defendant, Phoenix Payment Systems, Inc.'s Entry of Appearance has been electronically filed and sent First Class Mail, postage prepaid to the following interested counsel and parties:

>Jack B. Blumenfeld, Esquire
>Julia Heaney, Esquire
>Morris, Nichols, Arsht & Tunnell LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>(302) 658-9200
>**Attorneys for Plaintiff,**
>**Phoenix Payment Systems, Inc.**
>**d/b/a Electronic Payment Exchange**
>
>C. Barr Flinn, Esquire
>Chad W.C. Stover, Esquire
>Young Conaway Stargatt & Taylor LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>(302) 571-6600
>**Attorneys for Defendants,**
>**Lexcel, Inc. and Lexcel Solutions, Inc.**

>By:    /s/ Timothy A. Dillon
>        Timothy A. Dillon, Esquire
>        Attorneys for Counter-Claim Defendant,
>        Phoenix Payment Systems, Inc
>        d/b/a Electronic Payment Exchange
>
>        SALMON RICCHEZZA SINGER & TURCHI, LLP
>        222 Delaware Avenue
>        11th Floor
>        Wilmington, DE 19801
>        (302) 655-4290
>        e-mail: tdillon@srstlaw.com

Dated: January 18, 2008