IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHOENIX PAYMENT SYSTEMS, INC. d/b/a ELECTRONIC PAYMENT EXCHANGE<br><br>Plaintiff,<br><br>v.<br><br>LEXCEL, INC. and LEXCEL SOLUTIONS, INC.<br><br>Defendants. | Civil Action No. 1:07-cv-00537-LPS<br><br><br>JURY TRIAL DEMANDED |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Joseph L. Turchi, Esquire, and Mark J. Dianno, Esquire, of Salmon, Ricchezza, Singer & Turchi LLP to represent Phoenix Payment Systems, Inc., as a counterclaim defendant in this matter.

Pursuant to the Standing Order for District Court, effective January 1, 2005, the annual fee of $25.00 per attorney, if not paid previously, is submitted with this motion

{00119748 DOC}

By:   /s/ Timothy A. Dillon
      Timothy A. Dillon, Esquire
      Attorneys for Counter-Claim Defendant,
      Phoenix Payment Systems, Inc.
      d/b/a Electronic Payment Exchange

SALMON RICCHEZZA SINGER & TURCHI, LLP
222 Delaware Avenue
11th Floor
Wilmington, DE 19801
(302) 655-4290
e-mail: tdillon@srstlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Joseph L. Turchi, Esquire and Mark J. Dianno, Esquire is granted.

Date: January _____, 2008

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Joseph L. Turchi, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Pennsylvania and New Jersey and also admitted to practice in the following federal jurisdictions: United States District Court – District of New Jersey; United States District Court - Eastern District of Pennsylvania; United States District Court – Middle District of Pennsylvania; United States Court of Appeals for the Third Circuit; United States Court of Appeals for the Fourth Circuit; United States Court of Appeals for the Seventh Circuit; United States Supreme Court; and pursuant to the Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

By: _____
Joseph L. Turchi, Esquire
SALMON RICCHEZZA SINGER & TURCHI, LLP
1700 Market, Suite 3110
Philadelphia, PA 19103
(215) 606-6600
e-mail: jturchi@srstlaw.com

Dated: January 22, 2008

{00119748 DOC}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Mark J. Dianno, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Pennsylvania and New Jersey and also admitted to practice in the following federal jurisdictions: United States District Court – District of New Jersey; United States District Court - Eastern District of Pennsylvania; United States District Court – Middle District of Pennsylvania; and pursuant to the Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

By: _____
Mark J. Dianno, Esquire
SALMON RICCHEZZA SINGER & TURCHI, LLP
1700 Market, Suite 3110
Philadelphia, PA 19103
(215) 606-6600
e-mail: mdianno@srstlaw.com

Dated: January 22, 2008

{00119748.DOC}

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion and Order for Admission *Pro Hac Vice* has been electronically filed this date.

> Jack B. Blumenfeld, Esquire
> Julia Heaney, Esquire
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> (302) 658-9200
> **Attorneys for Plaintiff,**
> **Phoenix Payment Systems, Inc.**
> **d/b/a Electronic Payment Exchange**
>
> C. Barr Flinn, Esquire
> Chad W.C. Stover, Esquire
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilimington, DE 19801
> (302) 571-6600
> **Attorneys for Defendants,**
> **Lexcel, Inc. and Lexcel Solutions, Inc.**

By:   /s/ Timothy A. Dillon
       Timothy A. Dillon, Esquire
       Attorneys for Counter-Claim Defendant,
       Phoenix Payment Systems, Inc
       d/b/a Electronic Payment Exchange

       SALMON RICCHEZZA SINGER & TURCHI, LLP
       222 Delaware Avenue
       11th Floor
       Wilmington, DE 19801
       (302) 655-4290
       e-mail: tdillon@srstlaw.com

Dated: January 22, 2008