# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Julia Heaney
302 351 9221
302 425 3004 Fax
jheaney@mnat.com

April 2, 2008

**BY E-FILING**

U.S. Magistrate Judge Leonard P. Stark
United States District Court
   for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re: *Phoenix Payment Systems, Inc. d/b/a Electronic Payment Exchange v. Lexcel, Inc. and Lexcel Solutions, Inc.*, C.A. No. 07-537 (SLR/LPS)

Dear Magistrate Judge Stark:

      Phoenix Payment Systems, Inc. d/b/a Electronic Payment Exchange ("PPS") hereby requests that the following individuals be permitted to use both a cell phone and Blackberry during the Mediation Conference scheduled for April 22, 2008 at 9:00 a.m.:

      Nancy Reilly, attending on behalf of PPS
      David J. Wolfsohn, Esq.
      Jordan L. Jonas, Esq.
      Julia Heaney, Esq.

In addition, PPS respectfully requests that Mr. Wolfsohn and Ms. Jonas also be permitted to use a laptop computer during the Mediation Conference.

      Counsel hereby represents that allowing these individuals use of these electronic devices during the Mediation Conference will allow them to more effectively participate in the mediation process and that this request is not being made just for convenience.

      Respectfully,

      */s/ Julia Heaney*
      Julia Heaney

JH:ncf
Enclosure
2228447

  cc: Clerk, U.S. District Court (by hand delivery)
      C. Barr Flinn (by e-mail)
      Chad S. C. Stover (by e-mail)
      Lawrence G. Scarborough (by e-mail)
      George C. Chen (by e-mail)
      Jason K. Reed (by e-mail)