IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHOENIX PAYMENT SYSTEMS, INC. d/b/a ELECTRONIC PAYMENT EXCHANGE,<br><br>Plaintiff,<br><br>v.<br><br>LEXCEL, INC. and LEXCEL SOLUTIONS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-537-SLR-LPS<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Karen E. Keller (No. 4489) hereby enters her appearance on behalf of Defendants Lexcel, Inc. and Lexcel Solutions, Inc., and Chad S.C. Stover (No. 4919) hereby withdraws his appearance as counsel for Defendants Lexcel, Inc. and Lexcel Solutions, Inc. Defendants continue to be represented in this action by the law firm of Young Conaway Stargatt & Taylor, LLP.

                                                               YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                                               /s/ Karen E. Keller
                                                               C. Barr Flinn (No. 4092)
                                                               Karen E. Keller (No. 4489)
                                                               The Brandywine Building
                                                               1000 West Street, 17th Floor
                                                               Wilmington, DE 19801
                                                               (302) 571-6600
                                                               kkeller@ycst.com

                                                               *Attorneys for Defendants*
                                                               *Lexcel, Inc. and Lexcel Solutions, Inc.*

Dated: April 11, 2008

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on April 11, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Julia Heaney, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
> jheaney@mnat.com

I further certify that on April 11, 2008, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record.

> YOUNG CONAWAY STARGATT &
> TAYLOR, LLP
>
> /s/ Karen E. Keller
> C. Barr Flinn  (No. 4092)
> Karen E. Keller  (No. 4489)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE  19801
> (302) 571-6600
> kkeller@ycst.com
>
> *Attorneys for Defendants*
> *Lexcel, Inc. and Lexcel Solutions, Inc.*