IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Phoenix Payment Systems, Inc. d/b/a Electronic Payment Exchange, | : |
| Plaintiff, | : |
| v. | : Civ. No. 07-537-SLR-LPS |
| Lexcel, Inc. and Lexcel Solutions, Inc., | : |
| Defendants. | : |

### ORDER

A mediation conference having been held at Wilmington, Delaware on the 22nd day of **April, 2008** with Magistrate Judge Stark,

IT IS ORDERED that a status teleconference has been scheduled for **May 1st, 2008 at 11:30 a.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Defendants' counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE