IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Phoenix Payment Systems, Inc. d/b/a<br>Electronic Payment Exchange,<br><br>     Plaintiff,<br><br> v.<br><br>Lexcel, Inc. and Lexcel Solutions,<br>Inc.,<br><br>     Defendants. | :<br>:<br>:<br>:<br>:<br>: Civ. No. 07-537-SLR-LPS<br>:<br>:<br>:<br>:<br>: |

<u>**ORDER**</u>

At Wilmington this **24th** day of **April, 2008**:

IT IS ORDERED that the mediation conference scheduled for **May 1st, 2008 at 11:30 a.m.** before Magistrate Judge Leonard P. Stark is hereby **CANCELED** and rescheduled for **May 1st, 2008 at 4:00 pm**.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.

_____<br>UNITED STATES MAGISTRATE JUDGE