IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHOENIX PAYMENT SYSTEMS, INC. d/b/a ELECTRONIC PAYMENT EXCHANGE,<br><br>        Plaintiff,<br><br>    v.<br><br>LEXCEL, INC. and LEXCEL SOLUTIONS, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-537-SLR-LPS<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION AND [PROPOSED] ORDER**

WHEREAS, the Scheduling Order (D.I. 20) originally provided for initial disclosures to be made by January 4, 2008;

WHEREAS, the parties' stipulation which was entered by the Court, currently provides for initial disclosures to be made by May 6, 2008 (D.I. 33);

WHEREAS, the Scheduling Order (D.I. 20) originally provided for all motions to amend or supplement the pleadings to be filed by May 1, 2008;

WHEREAS, the parties continue to explore settlement possibilities.

Counsel for the parties hereby stipulate and agree, subject to Court approval, to extend the deadline for initial disclosures and motions to amend or supplement the pleadings to and including June 1, 2008;

All other deadlines in the Scheduling Order remain in full force and effect.

2

| MORRIS, NICHOLS, ARSHT & TUNNELL, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Julia Heaney* | /s/ *Karen E. Keller* |
| Jack B. Blumenfeld (No. 1014) | C. Barr Flinn (No. 4092) |
| Julia Heaney (No. 3052) | Karen E. Keller (No. 4489) |
| 1201 North Market Street | The Brandywine Building |
| P.O. Box 1347 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 571-6600 |
| jheaney@mnat.com | kkeller@ycst.com |

OF COUNSEL:                                                        OF COUNSEL:

David J. Wolfsohn                                                  Lawrence G. Scarborough
Steven B. Samuels                                                  George C. Chen
Jordan L. Jonas                                                    Jason K. Reed
Woodcock Washburn LLP                                              Bryan Cave LLP
Cira Centre, 12th Floor                                            Two North Central Avenue, Suite 2200
2929 Arch Street                                                   Phoenix, Arizona 85004-7367
Philadelphia, PA 19104                                             (602) 364-7000
(215) 568-3100

*Attorneys for Plaintiff Phoenix Payment Systems,*                 *Attorneys for Defendants*
*Inc. d/b/a Electronic Payment Exchange*                           *Lexcel, Inc. and Lexcel Solutions, Inc.*


Dated: April 29, 2008


      SO ORDERED this ____ day of _____, 2008.


                                              _____
                                              United States District Judge