IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHOENIX PAYMENT SYSTEMS, INC. d/b/a ELECTRONIC PAYMENT EXCHANGE,<br><br>Plaintiff,<br><br>v.<br><br>LEXCEL, INC. and LEXCEL SOLUTIONS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-537-SLR-LPS<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the Scheduling Order (D.I. 20) originally provided for initial disclosures to be made by January 4, 2008;

WHEREAS, the parties' stipulation which was entered by the Court, currently provides for initial disclosures to be made by June 1, 2008 (D.I. 43);

WHEREAS, the Scheduling Order (D.I. 20) originally provided for all motions to amend or supplement the pleadings to be filed by May 1, 2008;

WHEREAS, the parties' stipulation which was entered by the Court, currently provides for all motions to amend or supplement the pleadings to be filed by June 1, 2008;

WHEREAS, the parties continue to explore settlement possibilities and plaintiffs sent defendants a draft settlement agreement on Friday, May 30, 2008.

Counsel for the parties hereby stipulate and agree, subject to Court approval, to extend the deadline for initial disclosures and motions to amend or supplement the pleadings to and including June 16, 2008;

All other deadlines in the Scheduling Order remain in full force and effect.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Julia Heaney | /s/ Karen E. Keller |
| Jack B. Blumenfeld (No. 1014) | C. Barr Flinn  (No. 4092) |
| Julia Heaney (No. 3052) | Karen E. Keller (No. 4489) |
| 1201 North Market Street | The Brandywine Building |
| P.O. Box 1347 | 1000 West Street, 17th Floor |
| Wilmington, DE  19899 | Wilmington, DE  19801 |
| (302) 658-9200 | (302) 571-6600 |
| jheaney@mnat.com | kkeller@ycst.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| David J. Wolfsohn | Lawrence G. Scarborough |
| Steven B. Samuels | George C. Chen |
| Jordan L. Jonas | Jason K. Reed |
| Woodcock Washburn LLP | Bryan Cave LLP |
| Cira Centre, 12th Floor | Two North Central Avenue, Suite 2200 |
| 2929 Arch Street | Phoenix, Arizona 85004-7367 |
| Philadelphia, PA  19104 | (602) 364-7000 |
| (215) 568-3100 | |
| *Attorneys for Plaintiff Phoenix Payment Systems, Inc. d/b/a Electronic Payment Exchange* | *Attorneys for Defendants Lexcel, Inc. and Lexcel Solutions, Inc.* |

Dated: June 2, 2008

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge