IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHOENIX PAYMENT SYSTEMS, INC.<br>d/b/a ELECTRONIC PAYMENT<br>EXCHANGE,<br><br>          Plaintiff,<br><br>v.<br><br>LEXCEL, INC. and<br>LEXCEL SOLUTIONS, INC.,<br><br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-537-SLR-LPS |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, the Scheduling Order (D.I. 20) originally provided for initial disclosures to be

made by January 4, 2008;

WHEREAS, the parties' stipulation which was entered by the Court, currently provides for

initial disclosures to be made by June 1, 2008 (D.I. 43);

WHEREAS, the Scheduling Order (D.I. 20) originally provided for all motions to amend or

supplement the pleadings to be filed by May 1, 2008;

WHEREAS, the parties' stipulation which was entered by the Court, currently provides for

all motions to amend or supplement the pleadings to be filed by June 1, 2008;

WHEREAS, the parties continue to explore settlement possibilities and plaintiffs sent

defendants a draft settlement agreement on Friday, May 30, 2008.

Counsel for the parties hereby stipulate and agree, subject to Court approval, to extend the

deadline for initial disclosures and motions to amend or supplement the pleadings to and including

June 16, 2008; *The Court will not grant any additional extension of these two deadlines.*

[handwritten signature/stamp: LPS 6/30]

Case 1:07-cv-00537-SLR-LPS    Document 44    Filed 06/02/2008    Page 2 of 2

All other deadlines in the Scheduling Order remain in full force and effect.


MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

_/s/ Julia Heaney_____
Jack B. Blumenfeld (No. 1014)
Julia Heaney (No. 3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jheaney@mnat.com



OF COUNSEL:

David J. Wolfsohn
Steven B. Samuels
Jordan L. Jonas
Woodcock Washburn LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA  19104
(215) 568-3100


*Attorneys for Plaintiff Phoenix Payment Systems,
Inc. d/b/a Electronic Payment Exchange*


YOUNG CONAWAY STARGATT &
    TAYLOR, LLP

/s/ Karen E. Keller
C. Barr Flinn  (No. 4092)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6600
kkeller@ycst.com



OF COUNSEL:

Lawrence G. Scarborough
George C. Chen
Jason K. Reed
Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-7367
(602) 364-7000



*Attorneys for Defendants
Lexcel, Inc. and Lexcel Solutions, Inc.*


Dated: June 2, 2008

SO ORDERED this  3rd  day of  June , 2008.


_____
United States District Judge

DB02:6852417.1                                                        066720.1001