IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHOENIX PAYMENT SYSTEMS, INC. d/b/a ELECTRONIC PAYMENT EXCHANGE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 07-537 (SLR/LPS) ) |
| LEXCEL, INC. and LEXCEL SOLUTIONS, INC., | ) ) ) ) |
| Defendants. | ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Phoenix Payment System, Inc.'s Initial Disclosures* were caused to be served on June 30, 2008 upon the following in the manner indicated:

### BY ELECTRONIC MAIL

Lawrence G. Scarborough
George C. Chen
Jason K. Reed
BRYAN CAVE LLP
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004-7367

C. Barr Flinn
Karen E. Keller
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
   *Attorneys for Plaintiff Phoenix Payment Systems, Inc. d/b/a Electronic Payment Exchange*

OF COUNSEL:

David J. Wolfsohn
Steven B. Samuels
Jordan L. Jonas
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

June 30, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>C. Barr Flinn
>Karen E. Keller
>YOUNG CONAWAY STARGATT & TAYLOR, LLP

I further certify that I caused to be served copies of the foregoing document on June 30, 2008 upon the following in the manner indicated:

## BY ELECTRONIC MAIL

| | |
|---|---|
| Lawrence G. Scarborough | C. Barr Flinn |
| George C. Chen | Karen E. Keller |
| Jason K. Reed | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| BRYAN CAVE LLP | The Brandywine Building |
| Two North Central Avenue, Suite 2200 | 1000 West Street, 17th Floor |
| Phoenix, AZ  85004-7367 | Wilmington, DE  19801 |

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)
jheaney@mnat.com