IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHOENIX PAYMENT SYSTEMS, INC. d/b/a ELECTRONIC PAYMENT EXCHANGE, <br><br> Plaintiff, <br><br> v. <br><br> LEXCEL, INC. and LEXCEL SOLUTIONS, INC., <br><br> Defendants | ) ) ) ) ) ) ) ) C.A. No. 07-537-SLR-LPS ) ) ) ) ) ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for defendants Lexcel, Inc. and Lexcel Solutions, Inc., hereby certify that copies of Defendant Lexcel, Inc. and Lexcel Solutions, Inc.'s Rule 26 Initial Disclosure Statement were caused to be served on June 30, 2008 on the following counsel of record in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*jheaney@mnat.com*

**BY E-MAIL**

David J. Wolfsohn
Steven B. Samuels
Jordan L. Jonas
Woodcock Washburn LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
*wolfsohn@woodcock.com*
*samuels@woodcock.com*
*jjonas@woodcock.com*

›

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on June 30, 2008, upon the following counsel of record in the manner indicated:

**BY CM/ECF, E-MAIL, AND HAND DELIVERY**

Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*jheaney@mnat.com*

**BY E-MAIL**

David J. Wolfsohn
Steven B. Samuels
Jordan L. Jonas
Woodcock Washburn LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
*wolfsohn@woodcock.com*
*samuels@woodcock.com*
*jjonas@woodcock.com*

OF COUNSEL:

Lawrence G. Scarborough
George C. Chen
Jason K. Reed
Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
(602) 364-7000

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller

C. Barr Flinn (No. 4092)
Karen Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
*kkeller@ycst.com*

*Attorneys for Defendants*
*Lexcel, Inc. and Lexcel Solutions, Inc.*