IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHOENIX PAYMENT SYSTEMS, INC. d/b/a ELECTRONIC PAYMENT EXCHANGE, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-537-SLR/LPS |
| LEXCEL, INC. and LEXCEL SOLUTIONS, INC., | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **15th** day of **July, 2008**.

IT IS ORDERED that oral argument on plaintiff's motion to dismiss defendant's counterclaim (D.I. 12) is hereby scheduled for **September 10, 2008 at 11:00 a.m.** in courtroom 2A before the Honorable Leonard P. Stark.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

UNITED STATES MAGISTRATE JUDGE