# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JULIA HEANEY
302 351 9221
302 425 3004 FAX
jheaney@mnat.com

August 18, 2008

**BY E-FILING**

U.S. Magistrate Judge Leonard P. Stark
United States District Court
        for the District of Delaware
844 N. King Street
Wilmington, DE 19801

> Re:    *Phoenix Payment Systems, Inc. d/b/a Electronic Payment Exchange v.*
>          *Lexcel, Inc. and Lexcel Solutions, Inc.,* C.A. No. 07-537 (SLR/LPS)

Dear Magistrate Judge Stark:

        Pursuant to the Scheduling Order (D.I. 20) entered in this case, we submit the following status report on behalf of all parties.

        On April 22, 2008, Your Honor conducted a mediation between the parties. A number of points were agreed upon at the mediation, but many issues were left unresolved. The parties have been working through those issues since the mediation. Specifically, several drafts of a settlement agreement have been exchanged, and counsel has engaged in numerous discussions in an attempt to achieve a settlement. To keep negotiations moving briskly, counsel for plaintiff sent last Friday a draft agreement to Messrs. Flinn and Poff reflecting our proposed changes to Lexcel's latest draft. We are now awaiting our client's approval of those proposed changes. Lexcel has agreed to respond to our proposed changes within 48 hours of our client approving them. Both parties have committed to making themselves available to settle the matter this week.

        Since the parties have been negotiating in good faith, we have not conducted any discovery, other than exchanging initial disclosures.

Magistrate Judge Leonard Stark
August 18, 2008
Page 2

Respectfully,

Julia Heaney (#3052)

/cbh

cc:    C. Barr Flinn, Esq. (by email)
       Adam W. Poff, Esq. (by email)

2451476