# SALMON ♦ RICCHEZZA ♦ SINGER & TURCHI LLP

TIMOTHY A. DILLON
302-655-4290
tdillon@srstlaw.com

www.srstlaw.com

222 DELAWARE AVENUE
11TH FLOOR
WILMINGTON, DE 19801

TELEPHONE: 302-655-4290
FAX: 302-655-4291

August 26, 2008

U.S. Magistrate Judge Leonard P. Stark
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   Phoenix Payment Systems, Inc. v.
      Lexcel, Inc. and Lexcel Solutions, Inc.
      U.S.D.C. – District of Delaware – No. 1:07-cv-00537-LPS
      Our File No. 300137

Dear Your Honor:

Please accept this letter as a request for an accommodation in regard to the motion hearing in this matter scheduled for Wednesday, September 10, 2008.

I will be out-of-state on my honeymoon and will thus be unable to attend the hearing. As local Delaware counsel, I respectfully request that *pro hac vice* counsel, Joseph L. Turchi, be permitted to attend the hearing without my presence. Mr. Turchi and I serve as counsel for Phoenix Payment Systems, Inc., d/b/a Electronic Payment Exchange as a counter-claim defendant.

Please let me know if this request is acceptable to the Court.

Respectfully yours,

SALMON, RICCHEZZA, SINGER & TURCHI LLP

By: *[signature]*
    Timothy A. Dillon

TAD/ sas

cc:   Albert J. Mezzanotte, Jr., Esquire
      Chad S.C. Stover, Esquire
      Jack B. Blumenfeld, Esquire
      David J. Wolfsohn, Esquire
      George C. Chen, Esquire

{00136640.DOC}

PHILADELPHIA, PA ♦ SEWELL, NJ ♦ WILMINGTON, DE ♦ NEW YORK, NY