# SALMON ♦ RICCHEZZA ♦ SINGER & TURCHI LLP

TIMOTHY A. DILLON
302-655-4290
tdillon@srstlaw.com

www.srstlaw.com

222 DELAWARE AVENUE
11TH FLOOR
WILMINGTON, DE 19801

TELEPHONE: 302-655-4290
FAX: 302-655-4291

September 2, 2008

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**Re:** Phoenix Payment Systems, Inc. v.
Lexcel, Inc. and Lexcel Solutions, Inc.
U.S.D.C. – District of Delaware – No. 1:07-cv-00537-LPS
Our File No. 300137

Dear Mr. Blumenfeld:

Per the Court's request, this letter will notify you that my request for an accommodation allowing *pro hac vice* counsel Joseph Turchi, Esq., to attend the motions hearing on 9/10/08, without local counsel present, has been granted. Please contact me with any questions. Thank you.

Very truly yours,

SALMON, RICCHEZZA, SINGER & TURCHI LLP

By: *Timothy A. Dillon* /s/
      Timothy A. Dillon

TAD/sas

cc: U.S. Magistrate Judge Leonard P. Stark
    Albert J. Mezzanotte, Jr., Esquire
    Chad S.C. Stover, Esquire
    David J. Wolfsohn, Esquire
    George C. Chen, Esquire

{00137010.DOC}