# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
———
(302) 658-9200
(302) 658-3989 fax

**Julia Heaney**
(302) 351-9221
(302) 425-3004 fax
jheaney@mnat.com

September 3, 2008

**BY E-FILING**

The Honorable Leonard P. Stark
United States District Court
    for the District of Delaware
844 N. King Street
Wilmington, DE 19801

        Re:    *Phoenix Payment Systems, Inc. d/b/a Electronic Payment Exchange v. Lexcel, Inc. and Lexcel Solutions, Inc.,* C.A. No. 07-537 (SLR/LPS)

Dear Magistrate Judge Stark:

        Pursuant to Your Honor's request during the August 25, 2008 teleconference, I am writing on behalf of all parties to provide the status of the ongoing settlement negotiations. Counsel have narrowed the issues and remain hopeful that a settlement will be reached within a day or two, but no settlement agreement has been finalized yet.

        Counsel remain available if the Court would like to schedule another teleconference to discuss this matter.

        Respectfully,

        */s/ Julia Heaney (#3052)*

        Julia Heaney

JH:ncf

cc:    Clerk, U.S. District Court (by hand delivery)    George C. Chen (by e-mail)
        C. Barr Flinn (by e-mail)    Jason K. Reed (by e-mail)
        Karen E. Keller (by e-mail)    Timothy A. Dillon (by e-mail)
        Lawrence G. Scarborough (by e-mail)

2472458